IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

| | | |
|---|---|---|
| James D. Jacobs, | ) | C/A No.: 3:16-3337-TLW-SVH |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| Richland County, Richland County | ) | |
| Sheriff's Department, Leon Lott, | ) | ORDER |
| individually and in his official capacity | ) | |
| as Richland County Sheriff and | ) | |
| Deputies James Gilbert, Randy Davis, | ) | |
| Justin Moody, individually and each in | ) | |
| his Official capacity as Richland | ) | |
| County Deputy Sheriff, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

This matter comes before the court on the motion Defendants to compel James D. Jacobs ("Plaintiff") to produce responses to Defendants' First Sets of Interrogatories (on behalf of Richland County, Lott, Davis, Moody, and Gilbert) and First Set of Requests for Production. [ECF No. 27].

The motion indicates that the discovery requests were originally served on Plaintiff's counsel on August 10, 2017. [ECF No. 27 ¶ 1; 27-1 at 1; 27-2 at 4; 27-3 at 4; 27-4 at 4; 27-5 at 4; 27-6 at 4]. Plaintiff served responses to the discovery requests on September 27, 2017, but the responses were partial and incomplete. [ECF No. 27 ¶ 2; 27-7–27-12]. Defendants filed their motion to compel on October 18, 2017. [ECF No. 27]. Plaintiff failed to file a timely response opposing the motion to compel by November 1, 2017.

In light of the foregoing, the court grants Defendants' motion to compel. Plaintiff is directed to provide full and complete responses to the discovery requests by November 10, 2017. Plaintiff is advised that failure to comply with the court's order may result in a recommendation that his case be dismissed for failure to participate in discovery and/or sanctions, including payment of Defendants' attorneys' fees and costs in preparing such motions.

IT IS SO ORDERED.

November 3, 2017  
Columbia, South Carolina

Shiva V. Hodges  
United States Magistrate Judge